COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY 6297
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940
   E-Mail: mnakano@cwlfirm.com
SHAWN L. M. BENTON 8332
   E-Mail: sbenton@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile: (808) 354-0427

Attorneys for Defendant
WALMART INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAYANN BASSARATH,<br><br>        Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC. ; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATOINS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. 21-00070<br>(Non Vehicle Tort)<br><br>**NOTICE OF REMOVAL; EXHIBITS "A" – "B"; CERTIFICATE OF SERVICE** |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII:

      Pursuant to 28 U.S.C. §§1332, 1441, and 1446, Defendant WALMART

INC. (incorrectly identified as "WALMART STORES, INC.")("WALMART"),

files this Notice of Removal in the case now pending in the Circuit Court of the First Circuit, State of Hawaii, styled <u>Kayann Bassarath v. Walmart Stores, Inc., et al.</u>, Civil No. 1CCV-21-0000014. As grounds for removal, WALMART states as follows:

1. On November 26, 2019, Plaintiff Kayann Bassarath ("PLAINTIFF") filed a complaint in Civil No. 1CCV-21-0000014 in the Circuit Court of the First Circuit, State of Hawaii, against WALMART.

2. Upon information and belief, WALMART states that no other party has been named or appeared in the action.

3. WALMART was served with the complaint on January 5, 2021.

4. PLAINTIFF alleges in her complaint that WALMART is liable to her for damages in connection with a November 26, 2019 accident that occurred on WALMART's premises.

5. PLAINTIFF is a citizen of the State of Hawaii.

6. WALMART is a citizen of the State of Delaware (place of incorporation) and of the State of Arkansas (principal place of business).

7. PLAINTIFF alleges in her complaint that as the result of the November 26, 2019 accident, she sustained serious injuries.

8. PLAINTIFF prays in her complaint for an award of general damages and damages against WALMART. However, because Hawaii law prohibits *ad damnum* clauses in complaints, PLAINTIFF does not specify the amount of

damages that she prays for.

      9.     PLAINTIFF's counsel has affirmed that PLAINTIFF's claimed damages exceed the sum or value of $75,000.00.

      10.    This court has original jurisdiction over civil actions where the matter in controversy exceeds the sum or value of $75,000.00 and is between citizens of different States within the meaning of 28 U.S.C. §1332.

      11.    A true and correct copy of PLAINTIFF's complaint filed in the Circuit Court of the First Circuit, State of Hawaii, is attached hereto as Exhibit "A", and comprises all process, pleadings, and orders served upon WALMART in the action.

      12.    A true and correct copy of WALMART's answer to PLAINTIFF's complaint filed in the Circuit Court of the First Circuit, State of Hawaii, is attached hereto as Exhibit "B".

      WHEREFORE, Defendant WALMART INC. prays that the above-entitled action be removed from the Circuit Court of the First Circuit, State of Hawaii, to the United States District Court for the District of Hawaii.

      DATED: Honolulu, Hawaii, February 4, 2021.

                                      /s/ Normand R. Lezy
                                      NORMAND R. LEZY
                                      MICHAEL J. NAKANO
                                      SHAWN L. M. BENTON
                                      Attorneys for Defendant
                                      WALMART INC.