GLENN T. HONDA, # 6046
glenn@recoverylawcenterhawaii.com
Palm Wave Building
1260 Young Street, Suite 228
Honolulu, Hawai`i 96814
Tel. No. (808) 597-8886
Fax. No. (808) 597-8881

Attorney for Plaintiff
KAYANN BASSARATH

**Electronically Filed
FIRST CIRCUIT
1CCV-21-0000014
05-JAN-2021
06:05 PM
Dkt. 2 CMPS**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI`I

| | |
|---|---|
| KAYANN BASSARATH,<br><br>            Plaintiff,<br><br>   vs.<br><br>WAL-MART STORES, INC..; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and DOE GOVERMENT ENTITIES 1-10,<br><br>            Defendants. | CIVIL NO. _____<br>(Non-Vehicle Tort)<br><br><br>**COMPLAINT; SUMMONS** |

## COMPLAINT

Comes now Plaintiff KAYANN BASSARATH above named, by and through her attorney, Glenn T. Honda, for causes of action against Defendants, alleges and avers as follows:

1. At all times material to this Complaint, Plaintiff KAYANN BASSARATH (hereinafter referred to as "Plaintiff" or "MS. BASSARATH"), is and was a resident of the City and County of Honolulu, State of Hawaii.

# EXHIBIT A

2. At all times material to this Complaint, Defendant WAL-MART STORES, INC. (hereinafter "Defendant" or "WALMART") is and was a foreign for-profit corporation doing business in the State of Hawaii.

3. All events material to this Complaint occurred within the City and County of Honolulu, and within the jurisdiction of the Circuit Court of the First Circuit, State of Hawaii.

4. Plaintiff reviewed records of the Department of Commerce and Consumer Affairs in order to ascertain the true and full names and identities of all Defendants in this action, but has no further knowledge or information regarding the parties responsible and is unable to ascertain the identity of the Defendants in this action designated as JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10 and DOE GOVERNMENT ENTITIES 1-10 (hereinafter collectively referred to as "Doe Defendants"); said Defendants are sued hereunder under fictitious names for the reason that their true names and identities are unknown to Plaintiff except that they may be connected in some manner with Defendants and may be agents, servants, employees, employers, representatives, co-venturers, associates, or independent contractors of Defendants and/or were in some manner presently unknown to Plaintiff engaged in the activities alleged herein and/or were in some manner responsible for the injuries or damages to Plaintiff and their "true names, identities, capacities, activities, and/or responsibilities" are presently unknown to Plaintiff or his attorneys.

5. On or about November 26, 2019, MS. BASSARATH, was a customer at a retail store operated by WALMART located on or near 700 Keeaumoku Street, in Honolulu, Hawaii (the "Store")

6. On or about November 26, 2019, the Store was operated by, in the possession of and/or under the control WALMART.

7. As a possessor of land, Defendant WALMART. owes a duty of care to all persons which it should reasonably anticipate to be on its premises, such that said persons are not exposed to an unreasonable risk of harm.

8. On or about November 26, 2019, MS. BASSARATH, a shopper at the Store, was a person whom WALMART reasonably should have expected to be on its premises.

9. On or about November 26, 2019, Defendant WALMART breached its duty of care, by failing to properly design, clean, furnish, construct and/or maintain the walking surfaces and/or walking areas in the Store, such that it thereby allowed said walking areas to pose an unreasonable risk of harm to the Store's shoppers, including MS. BASSARATH.

10. Defendant WALMART. breach of its duty of care, as set forth herein, constituted negligence.

11. As a result of Defendant WALMART.'s negligence, MS. BASSARATH slipped and fell and was thereby injured while walking in the Store.

12. As a direct and proximate cause of the negligence of Defendant WALMART.'s and/or one or more of the DOE DEFENDANTS, jointly and/or severally, MS. BASSARATH, suffered serious bodily injury, severe pain and suffering, severe emotional distress, past and future loss wages, medical and/or rehabilitative expenses and/or special damages and amounts to be proven at trial.

WHEREFORE, Plaintiff herein demands judgment against Defendants as follows:

A. General damages in amounts to be proven at the time of trial;

B. Special damages in amounts which will be proved at trial;

C. Attorney's fees, costs of suit, pre-judgment interest from the date of the accident, and such other and further relief as this Court deems just and proper.

DATED: Honolulu, Hawaii, January 5, 2021

/s/ *Glenn T. Honda*
GLENN T. HONDA
Attorney for Plaintiff
KAYANN BASSARATH

| **STATE OF HAWAIʻI**<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | **SUMMONS**<br>TO ANSWER CIVIL COMPLAINT | CASE NUMBER |
|---|---|---|
| PLAINTIFF<br>KAYANN BASSARATH | VS. | DEFENDANT(S)<br>WAL-MART STORES, INC;<br>JOHN DOES 1-10; JANE DOE 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and DOE GOVERNMENT ENTITIES 1-10 |

PLAINTIFF'S NAME & ADDRESS, TEL. NO.

KAYANN BASSARATH
c/o GLENN T. HONDA
Recovery Law Center
1260 Young Street, Suite 228
Honolulu, Hawaii 96814
Tel: (808) 597-8886

**TO THE ABOVE-NAMED DEFENDANT(S)**

You are hereby summoned and required to file with the court and serve upon

GLENN T. HONDA, 1260 Young Street, Suite 228, Honolulu, Hawaii 96814                     ,

plaintiff's attorney, whose address is stated above, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.**

**A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.**

| The original document is filed in the Judiciary's electronic case management system which is accessible via eCourt Kokua at: http:/www.courts.state.hi.us | **Effective Date of 28-Oct-2019**<br>**Signed by: /s/ Patsy Nakamoto**<br>**Clerk, 1st Circuit, State of Hawaiʻi** |  |

 In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on OAHU- Phone No. 808-539-4400, TTY 808-539-4853, FAX 539-4402, at least ten (10) working days prior to your hearing or appointment date.

Form 1C-P-787 (1CCT) (10/19)
Summons to Complaint    RG-AC-508 (10/19)